UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TABITHA MCKENZIE,

    Plaintiff,

v.                                            Case No. 5:23-cv-178-TKW-MJF

MARY BARTON, *et al.*,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, initiated this action on June 26, 2023, by filing a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. On July 6, 2023, the undersigned ordered Plaintiff to pay the $402.00 filing fee or file a complete application for leave to proceed *in forma pauperis*. Doc. 3. The order set a compliance deadline of August 4, 2023, and warned Plaintiff that failure to comply with the order likely would result in this case being dismissed. *Id.* at 3-4. To date, Plaintiff has not complied with the order dated July 6, 2023, and has not responded to the 14-day show cause order issued on August 18, 2023. Doc. 4.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[1]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 18th day of September, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank
United States Magistrate Judge**

### NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to address all preliminary matters and to make recommendations regarding dispositive matters.** ***See*** **N.D. Fla. Loc. R. 72.2;** ***see also*** **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**